DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PROGRESSIVE AMERICAN INSURANCE COMPANY,**
Appellant,

v.

**W.M.,** a minor child, by and through his guardian JACQUELINE
WEAVER, and **EARL J. LLOYD,**
Appellees.

Nos. 4D15-1194 and 4D15-1349

[ July 13, 2017 ]

Consolidated appeals and cross-appeals from the Circuit Court for the
Seventeenth Judicial Circuit, Broward County; Patti Englander Henning,
Judge; L.T. Case No. CACE09025532 (26).

Melinda S. Thornton and Scott A. Cole of Cole, Scott & Kissane, P.A.,
Miami, for appellant/cross-appellee Progressive American Insurance
Company.

Paul Morris of Law Offices of Paul Morris, P.A., Miami, and David L.
Deehl of Deehl PLLC, Coral Gables, for appellee/cross-appellant W.M., a
minor child, by and through his guardian Jacqueline Weaver.

Weslee L. Ferron, Daniel A. Martinez and Kelly J. McAuley of Martinez
Denbo, LLC, St. Petersburg, for appellee/cross-appellant Earl J. Lloyd.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***